TO: UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

341 MEETING MINUTES AND TRUSTEE'S REPORT ON CONFIRMATION

DEBTOR(S) NAME:  
MARIA A GIRONA WINGLEY

CASE NO. 05-10527-ESL  
TIME: 8:00   TRACK NO. 28

IRENE RODRIGUEZ LAW OFFICE*  
ATTORNEY FOR DEBTOR

1) DEBTOR
   - ✓ PRESENT
   - ___ ABSENT
   - ___ EXCUSE ABSENT

2) DEBTOR(S) EXAMINED UNDER OATH:
   - ✓ YES
   - ___ NO

3) DEBTOR'S ATTORNEY:
   - ✓ PRESENT
   - ___ ABSENT
   - ___ SUBSTITUTE

4) COMPLETED SCHEDULES / SOFA:
   - ___ FILED  ✓ FILED
   - ___ NOT FILED  ___ NOT FILED

5) DEBTOR'S ATTORNEY STATEMENT:
   - X YES
   - ___ NO

ATTORNEY FEES:  
$1,500.00 – $0.00 = $1,500.00

6) PLAN
   - ___ NOT FILED
   - X FILED
   DATE: October 10, 2005
   BASE: $15,732.00

7) FIRST PAYMENT DUE: _____
   - X MADE
   - ___ NOT MADE

8) MEETING:
   - ___ NOT HELD
   - ___ CONTINUE
   - ✓ CLOSE

9) CREDITORS
   - ___ NOT PRESENT
   - ✓ PRESENT

   FAST TRACK

10) CONFIRMATION DATE: 16 DIC 2005   ESL 2:00

[ ] FEASIBILITY 11 USC § 1325 (A)(6)
[ ] UNFAIR DISCRIMINATION § 1322 (B)
[ ] FAILS DISPOSABLE INCOME TEST
[ ] INSUFFICIENTLY FUNDED § 1325 (B)
[ ] FAILS LIQUIDATION VALUE TEST § 1325 (A)(4)
[ ] DOES NOT PROVIDE FOR SECURED CREDITOR
[ ] AMEND PLAN, SCHEDULES/SOFA OR EXEMPTION
[ ] ASSUME OR REJECT UNEXPIRED LEASE § 365
[ ] TREAT VALUE/COLLATERAL SEPARATELY (57001 OR R3012)

[ ] APPRAISAL/OPINION OF VALUE
[ ] INCLUDE OR CHANGE SSN
[ ] ADDRESS CHANGE
[ ] MONTHLY REPORT(S) _____ DUE
[ ] OTHER BUSINESS DOCUMENTS
[ ] MTD 15 DAYS, IF NO PAYMENT
[ ] NON-EXEMPT EQUITY: $_____
✓ LIQUIDATION VALUE: $2,637

================ TRUSTEE'S REPORT ON CONFIRMATION ================

7190

✓ FAVORABLE           [ ] UNFAVORABLE

_____

Mary Ann Gandía  
TRUSTEE OR PRESIDING OFFICER

November 21, 2005  
Date