2503
xxxx8126

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO: **05-10627 ESL** |
| **María A. Girona Kingley,** | CHAPTER: 13 |
| **Debtor(s).** | |
| Doral Bank, Movant, | |
| María A. Girona Kingley, | |
| Debtors-Respondents, | |
| Alejandro Oliveras Rivera, Trustee | |

## MOTION FOR RELIEF OF STAY UNDER 11 U.S.C. 362

TO THE HONORABLE COURT:

COMES now movant, **Doral Bank**, hereinafter referred to as "DB", by the undersigned attorney, and very respectfully alleges and prays:

1. María A. Girona Kingley hereinafter will be referred to as "**the debtors**".

2. DB, a secured creditor in the above captioned case, has not been offered nor provided adequate protection as required by section 362 of the Bankruptcy Code. Consequently, it moves to request that the automatic stay be lifted in order to continue with the mortgage foreclosure proceedings.

3. The pertinent part of section 362 states that:

> (d) On request of a party in interest and after notice and hearing, the court shall grant relief from stay provided



```
             under   subsection   (a)   of   this   section,   such   as   by
             terminating,   annulling,   modifying,   or   conditioning   such
             stay-
                  (1)  For   cause,   including   the   lack   of   adequate
                       protection of an interest in property of such
                       party in interest
                  (2)  With   respect   to   a   stay   of   an   act   against
                       property under subsection(a) of this section,
                       if---
                       A) The debtor does not have an equity in such
                          property ; and
                       B)  Such   property   is   not   necessary   to   an
                           effective reorganization;
```

4. DB, is the holder in due course of a mortgage note in the principal sum of $37,000.00 bearing interest at 9.50% per annum ("the note"). The indebtedness evidenced by the note is secured by a mortgage executed before the notary public David Toledo David on March 31, 2000, deed number 229 ("the mortgage"). Attached hereto as **Exhibit 1** is a copy of the note and as **Exhibit 2** a copy of a title search that evidences DB's secured status.

5. The debtors' payment plan requires that the debtors make monthly regular post petition payments directly to DB.

6. The debtors have not made the monthly installments due to movant having incurred in a total of **5** post-petition installments in arrears to DB amounting to *$2,198.90.* See **Exhibit 3** attached hereto and made part hereof for an itemized statement of the arrearage.

7. The debtors' failure to make payments due under the mortgage note, results in the debtors' material default with the terms of the plan.

8. DB has not been offered and does not have adequate protection for the above mentioned security interest. Moreover, the debtors have failed to make post petition payments as called for under the terms of the plan. Consequently "cause" exists to lift the automatic stay.

9. In view of the foregoing DB respectfully requests for an order lifting the automatic stay pursuant to sections 362(d)(1) of the Bankruptcy Code.

10. Attached hereto as **Exhibit 4** is the non military service affidavit required for the entry of an order by default by the Servicemembers' Civil Relief Act, 50 USC Appx. §521.

**WHEREFORE**, DB respectfully prays that an order be entered authorizing the relief from the automatic stay pursuant to section 362 (d)(1) of the Bankruptcy Code, granting costs, expenses and attorney's fees to DB and authorizing DB to proceed with the foreclosure of the mortgage against the property of the debtors, with such further relief as is just and proper.

**RESPECTFULLY SUBMITTED**

**I HEREBY CERTIFY** that this 3 day of September, 2010 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: *the Trustee Alejandro Oliveras Rivera* and *to the debtors' attorney, Jaime Rodriguez Pérez*.

**MARTINEZ & TORRES LAW OFFICES**
P.O. Box 192938
San Juan, PR 00919-2938
Tel. (787) 767-8244: Fax (787) 767-1183

s/ Vanessa M Torres Quiñones

Vanessa M Torres Quiñones
USDC -PR 217401
vtorres@martineztorreslaw.com

# NOTE / PAGARÉ

US$ 37,000.00  
SAN JUAN, Puerto Rico  
MARCH 31th, 2000

—FOR VALUE RECEIVED, the undersigned ("Borrower") promise(s) to pay BORAL MORTGAGE CORP.
—Por valor recibido, el (los) suscribiente(s) ("Deudor") promete(n) pagar a

or order the principal sum of THIRTY SEVEN THOUSAND
o a su orden la suma principal de _____

_____ Dollars, with interest on the unpaid
_____ Dólares, con intereses sobre el balance

principal balance from the date of this Note, until paid, at the rate of NINE AND A HALF
insoluto de principal desde la fecha de este Pagaré hasta su pago a razón de

(9.50%) _____ percent per annum. Principal and interest shall be payable at San Juan, Puerto Rico
por ciento anual. El principal e intereses serán pagaderos en San Juan, Puerto Rico

or such other place as the Note holder may designate in writing, in consecutive monthly installments of
o en cualquier otro lugar que el tenedor de este Pagaré indique por escrito, en plazos mensuales y consecutivos de
THREE HUNDRED ELEVEN DOLLARS WITH TWELVE CENTS ($311.12) AND ONE LAST PAYMENT OF THIRTY
THREE THOUSAND SIX HUNDRED EIGHTY SEVEN DOLLARS WITH EIGHTEEN CENTS

Dollars (US$ 33,687.18 _____ ), on the first day of each month beginning the first of MAY,
Dólares (US$ _____ ), en el primer día de cada mes comenzando el 1ro. de

2000 until the entire indebtedness evidenced hereby is fully paid, except that any remaining indebtedness
Hasta que se pague totalmente la deuda evidenciada por el presente, excepto que la deuda restante,

if not sooner paid, shall be due and payable on the first day of APRIL, 2010
si no antes pagada quedará vencida y pagadera en el día primero de

—If any monthly installment under this Note is not paid when due and remains unpaid after a date
—Si cualquier plazo mensual bajo este Pagaré no es pagado cuando venza y permanezca impagado luego de la fecha

specified by a notice to Borrower, the entire principal amount outstanding and accrued interest thereon
especificada en la notificación al Deudor, la suma total de principal pendiente de pago e intereses acumulados sobre la misma

shall at once become due and payable at the option of the Note holder. The date specified shall not be less
quedarán inmediatamente vencidos y pagaderos a opción del tenedor de este Pagaré. La fecha especificada no será anterior

than thirty days from the date such notice is mailed. The Note holder may exercise this
a treinta días a partir de la fecha de envío por correo de dicha notificación. El tenedor de este Pagaré podrá ejercitar esta

option to accelerate during any default by Borrower regardless of any prior forbearance.
opción de aceleración durante cualquier incumplimiento del Deudor, no empece cualquier indulgencia de morosidad anterior

If suit is brought to collect this Note, the Note holder shall be entitled to collect in such
De radicarse procedimiento judicial para el cobro de este Pagaré, el tenedor de este Pagaré tendrá derecho a cobrar en dicho

proceeding the agreed and liquidated amount of ten per percent of the original principal amount hereof to
procedimiento la suma pactada y líquida de diez por ciento de la suma original de principal del presente para

cover costs and expenses of suit, including but not limited to, attorney's fees............................
cubrir las costas y gastos de dicho procedimiento, incluyendo sin implicar limitación, honorarios de abogados .................

—Borrower shall pay to the Note holder a late charge of 5 percent of any
—El Deudor pagará al tenedor de este Pagaré un cargo por pago atrasado de 5 por ciento de cualquier plazo

monthly installment not received by the Note holder within fifteen days after the installment
mensual que no sea recibido por el tenedor de este Pagaré dentro de Quincena días después de la fecha de vencimiento de

is due. Borrower may prepay the principal amount outstanding in whole or in part. The Note
dicho plazo. El Deudor podrá pagar por anticipado la totalidad o parte del balance insoluto de principal. El tenedor de este

holder may require that any partial prepayments (I) be made on the date monthly installments
Pagaré podrá requerir que cualesquiera pagos parciales (I) sean hechos en la fecha en que overcer plazos

are due and (ii) be in the amount of that part of one or more monthly installments which would
mensuales y (ii) sean en la cuantía de aquella parte de uno o más plazos mensuales

be applicable to principal. Any partial prepayment shall be applied against the principal amount
sería aplicable a principal. Cualquier pago parcial por anticipado será aplicado contra el

outstanding and shall not postpone the due date of any subsequent monthly installment or
principal insoluto y no pospondrá la fecha de vencimiento de cualquier plazo mensual subsiguiente ni

change the amount of such installments, unless the Note holder shall otherwise agree in writing.
cambiará el monto de dichos plazos a menos que el tenedor de este Pagaré acuerde lo contrario por escrito.

_____ If within five years from the date
_____ Si, dentro de cinco años desde la fecha

_____ of this Note, the undersigned makes any prepayments in any twelve month period beginning with the
_____ de este Pagaré, los suscribientes hacen cualquier pago anticipado en cualquier período de doce meses comenzando con la

PUERTO RICO —1 TO 4 Family—8/79—FNMA/FHLMC UNIFORM INSTRUMENT

30028/26

date of this Note or anniversary dates thereof ("loan year") with money lent to the undersigned by a
fecha de este Pagaré o la de sus aniversarios ("año de préstamo") con dineros prestados a los suscribientes por un
lender other than the holder hereof, the undersigned shall pay the holder hereof (a) during the 1st.
prestador que no sea el tenedor del presente, los suscribientes pagarán al tenedor del presente (a) durante el 1er.
loan year _____3_____ percent of the amount by which the sum of prepayment made
año del préstamo _____3_____ por ciento de la cuantía por la cual el total de los pagos anticipados hechos
in any such loan year exceeds twenty percent of the original principal amount of this Note and
en cualquier dicho año de préstamo excede el veinte por ciento de la cantidad original del principal de este Pagaré y
(b) during the 2nd. and 3rd. loan year _____2_____ percent of the amount by which the sum of
(b) durante 2do. y 3er. año del préstamo _____2_____ por ciento de la cuantía por la cual el total de los
prepayments made in such loan year exceeds twenty percent of the original principal amount
pagos anticipados hechos en cualquiera dicho año de préstamo excede al veinte por ciento de la cantidad original del principal
of this Note.
de este Pagaré.
(c) during the 4th. and 5th. loan year _____1_____ percent of the amount by which the sum of
(c) durante el 4to. y 5to. año del préstamo _____1_____ por ciento de la cuenta por la cual el total de los
prepayments made in any such loan year exceeds twenty percent of the original principal amount
pagos anticipados hechos en cualquiera dicho año de préstamo excede al veinte por ciento de la cantidad original del principal
of this Note.
de este Pagaré.

---Presentment, notice of dishonor and protest are hereby waived by all makers,
---Por la presente se renuncian los derechos de presentación, aviso de rechazo, y protesto por todos los otorgantes,
sureties, guarantors and endorsers hereof. This Note shall be the joint and several obligation of all
fiadores, garantizadores y endosantes del presente. Este Pagaré constituye obligación solidaria de todos sus
makers, sureties, guarantors and endorsers, and shall be binding upon them and their heirs,
otorgantes, fiadores, garantizadores y endosantes y los obliga así como a sus herederos,
personal representatives, successors and assigns.
representantes personales, y cesionarios.

---Any notice to Borrower provided for in this Note shall be given by mailing such notice by
---Cualquier notificación al Deudor dispuesta en este Pagaré deberá ser enviada por
certified mail addressed to Borrower at the Property Address stated below, or to such other address as
carta certificada dirigida al Deudor a la Dirección de la Propiedad que abajo se indica, o a cualquier otra dirección que
Borrower may designate by notice to the Note holder. Any notice to the Note holder shall be
el Deudor designe mediante notificación al tenedor de este Pagaré. Cualquier notificación al tenedor de este Pagaré deberá ser
given by mailing such notice by certified mail, return receipt requested, to the Note holder at the address
enviada por correo certificado, con acuse de recibo, al tenedor de este Pagaré a la dirección
stated in the first paragraph of this Note, or at such other address as may have been designated by notice.
indicada en el primer párrafo de este Pagaré, o a cualquier otra dirección que se haya designado mediante notificación
to Borrower.
al Deudor.

The indebtedness evidenced by this Note is secured by a Mortgage, dated of even date herewith,
La deuda evidenciada por este Pagaré está garantizada por una Hipoteca, de fecha igual a la del presente
on property as indicated in Deed number _____229_____ before the subscribing Notary.
Sobre propiedad según indicado en la Escritura número _____ ante el Notario suscribiente.

_____
MARIA A. GIRONA KINGLEY

Affidavit Number _____872_____                    (Execute Original Only)
                                                  (Otórguese el original únicamente)

---Acknowledged and subscribed before me by the above signatories, of the personal
---Reconocido y suscrito ante mí por las arriba firmantes, de las circunstancias
circumstances contained in the Mortgage deed herein before described, whom I have identified as
personales que se relacionan en la antes descrita escritura de hipoteca, a quienes he identificado según se
expressed also in said deed.
expresa en la misma escritura.

This is a Photocopy of the Original
Note no Changes or Additions have
been made.

NOTARY PUBLIC                                     NOTARY PUBLIC



# ESTUDIO DE TITULO

CASO: MARIA A. GIRONA KINGLEY #2503-Q
RE: MARTINEZ &TORRES LAW OFFICES (YARA)

FINCA : Numero 28103, inscrita al folio 109 del tomo 502 de CAROLINA; SECCION 1 de CAROLINA.

## DESCRIPCION:

URBAN: Residential apartment #3-N, located at Condominium Intersuites, wich is irregular in shape with a superficial are of 603.20 square feet, measuring 25' 3" in width at its Eastern and Western walls by 26' 6" in lengh at its Northern and Sourthern walls. Its boundaries areas as follow by the North, with the exterior wall, by the South, with apartment #3-A, by the East, with the corridor exterior a wall and stairs, by the West, with exterior walls. Las demas dependencias de este apartamento consta del documento. Se asigna el área de estacionamiento #3-N.

## DOMINIO:

La finca consta inscrita a favor de MARIA AMELIA GIRONA KINGLEY, quién adquiere por compra a José Amilcar Andujar Rodriguez, soltero, por el precio de $36,300.00, según consta de la escritura #6, otorgada en San Juan, el dia 27 de abril de 1992, ante el notario Jorge Luis Aquino Nuñez, Inscrita al folio 111 del tomo 502 de Carolina inscripcion 3era.

## GRAVAMENES:

Afecta por su procedencia a:

A. Servidumbres
B. Condiciones restrictivas de edificación y uso

Afecta por si a:

HIPOTECA: A favor de Doral Mortgage Corporation, por la suma de $37,000.00, intereses al 9 1/2% anual, vencedero 1 de abril de 2010, según consta de la escritura #229, otorgada en San Juan, el dia 21 de marzo de 2000, ante el notario David Toledo David inscrita al folio móvil del tomo 514 de Carolina inscripcion 6ta.

HIPOTECA: A favor de Portador, por la suma de $5,625.00, intereses al 9% anual, vencedero a la presentación, según consta de la escritura #83, otorgada en San Juan, el dia 22 de febrero de 2001, ante el notario Juan Massa Diaz inscrita al folio móvil del tomo 914 de Carolina inscripcion 7ma.

PRESENTADO: Al asiento 867 del diario 323, el dia 28 de octubre de 2005, Demanda del 7 de octubre de 2004, en el caso civil #FCD04-2262, en el Tribunal de Primera Instancia, Subsección de Distrito, Sala de Carolina, sobre cobro de dinero, ejecución de hipoteca por Doral Financial Corp. VS Maria Amelia Girona Kingley, por $37,000.00.

DEBIDO AL SISTEMA DE BITACORA ELECTRONICA UTILIZADO EN ESTA SECCION, NO PODEMOS PRECISAR QUE EXISTA ALGUN DOCUMENTO ADICIONAL RELACIONADO CON ESTA FINGA.

REVISADOS: Registro de Embargos, Sentencias, Contribuciones Federales y Bitácora (información suministrada por empleado). 9 de febrero de 2006.

vdg/CD

William Negron Quiñones
Investigador de Titulo

2503

# doralbank

## REQUEST FOR LIFT OF STAY
(MOTION UNDER 11 USC 362)

To Bufete: **MARTINEZ & TORRES LAW OFFICE**

| Field | Value |
|---|---|
| Loan Number: | ******8126 |
| Debtor: | MARIA GIRONA KINGLEY |
| Debtor: | |
| BKR # | 05-10627 |
| CHPT. | 13 |
| DATE FILED: | October 10, 2005 |
| Plan confirmed? | YES ___ NO ___ |
| Payments due | 5  Pre-Pet 0  Post-Pet 5  (4/09,9/09,11/09,3/10,7/10) |

**Post-Petition arrears:**

| | | |
|---|---|---|
| 5 months at | $344.22 | $1,721.10 |
| 5 late charges at | $15.56 | $77.80 |
| Attorney Fees (M-362) | | $400.00 |
| Pending L/C | | $0.00 |
| Suspense Bal | | $0.00 |
| Attorney Fees Foreclosure | | $0.00 |
| DUE DATE | 4/1/2010 | |
| PRINCIPAL BALANCE | $33,422.58 | **TOTAL $2,198.90** |

* All reinstallment payments must be made up to the current month, including legal fees and late charges.
* Toda reinstalación efectuada debe incluir mes en curso, incluyendo gastos legales y cargos por demora.
* **TODO PAGO DEBE SER EFECTUADO EN EFECTIVO, CHEQUE DE GERENTE O MONEY ORDER*

### Verified Declaration

I, the undersigned, declare under penalty of perjury that the amounts claimed by Movant in the foregoing Request for Lift of Stay, represents accurately the information kept in accounting books and records kept by Movant in the ordinary course of business. I further declare under penalty of perjury that I have read the foregoing Motion from the Automatic Stay and that the facts alleged are true and correct to the best of my knowledge.

Name: MICHAEL GARCIA
GROUP LEADER

NAYELI DIAZ
SUPERVISOR

S/ NAYELI DIAZ FEBLES

This Req. For Lift of Stay was prepared This  20  day of  August  of  2010

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:
MARIA GIRONA KINGLEY

0 CASE NO.   05-10627
CHAPTER:   13

Debtor(s)

---

Doral Bank

Movant

## SWORN STATEMENT UNDER PENALTY OF PERJURY

The undersigned is an authorized officer Doral Bank, hereinafter referred to as "DB".

The undersigned represents the interests of DB as a secured creditor and holder in due course of the mortgage note and mortgage deed mentioned in the motion for relief from stay under 11 U.S.C 362 of the captioned case.

To the best of our information and belief the debtors are not currently serving on active duty in the Armed Forces of the United States (Army, Navy, Air Force, Marine Corps and Coast Guard) nor in the National Guard, Air National Guard, the commissioned corps of the National Oceanic and Atmospheric Administration nor in the commissioned corps of the Public Health Service.

The information included in DB's loan origination file, the foreclosure and/or collection file and in DB's computer system was reviewed and none disclosed that the debtors are currently serving on active duty in the Armed Forces of the United States (Army, Navy, Air Force, Marine Corps and Coast Guard) nor in the National Guard, Air National Guard, the commissioned corps of the National Oceanic and Atmospheric Administration nor in the commissioned corps of the Public Health Service.

As per the certification issued by the Department of Defense Manpower Data Center (which is attached hereto) the debtors are not in active duty in the Armed Forces of the United States (Army, Navy, Air Force, Marine Corps and Coast Guard) nor in the National Guard, Air National Guard, the commissioned corps of the National Oceanic and Atmospheric Administration nor in the commissioned corps of the Public Health Service.

Upon review of the pertinent records and documents I declare under penalty of perjury as permitted under section 1746 of title 28, United States Code that the foregoing is true and correct.

Executed in San Juan, Puerto Rico this 20 day August of 2010.

*S/ NAYELI DIAZ*
**NAYELI DIAZ**
Supervisor

Department of Defense Manpower Data Center

Sep-03-2010 07:26:15



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| GIRONA KINGLEY | MARIA A. | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was

within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

### *More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

### *Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:851J0IE1TS